IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-08-54-GF-BMM |
| vs. | |
| | **ORDER** |
| CHANNING EDER, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 25, 2019. (Doc. 87.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 25, 2019. (Doc. 83.) The United States accused Eder of violating his conditions of supervised release by failing to complete his 60-day inpatient substance abuse treatment program at Connections Corrections. (Doc. 80.)

Eder admitted to the allegation at the revocation hearing. (Doc. 83.) Judge Johnston found that Eder's violation warrant revocation, and recommended that Eder be incarcerated for 6 months, with 18 months of supervised release to follow. (Doc. 87 at 4.) Eder waived his appeal rights and his right to allocute before the undersigned (Doc. 83.)

The violation proves serious and warrant revocation of Eder's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 87) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Channing Eder be incarcerated for a term of 6 months, with 18 months of supervised release to follow with the first 60 days of supervised release in an inpatient substance abuse treatment program.

DATED this 26th day of November, 2019.

_____
Brian Morris
United States District Court Judge