IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>CHANNING EDER,<br><br>                Defendant. | CR-08-54-GF-BMM<br><br><br><br>**O**RDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 10, 2020. (Doc. 98.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 9, 2020. (Doc. 94.) The United States accused Eder of violating his conditions of his supervised release by failing to report to the United States Probation Office within 72 hours of his release from prison. (Doc. 91). At the revocation hearing, Eder admitted that he

had violated the condition of his supervised release by failing to report to the United States Probation Office within 72 hours of his release from prison. (Doc. 94.) The violation that was admitted is serious and warrants revocation of Eder's supervised release. Judge Johnston found that Eder's violation warranted revocation, and recommended that Eder receive a custodial sentence of 9 months, with no supervised release to follow. (Doc. 98.)  Eder waived the 14 day objection period and her right to allocute before the undersigned.

The violation proves serious and warrants revocation of Eder's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 98) are **ADOPTED IN FULL.**

 **IT IS FURTHER ORDERED** that Defendant Channing Eder be incarcerated for 9 months, with no  supervised release to follow.

DATED this 10th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court